CONCORDIA FIRE INSURANCE COMPANY OF MILWAUKEE, Respondent, *v.* CALVIN L STOWELL, Appellant.

*Concordia Fire Ins. Co. of Milwaukee* v. *Stowell*, 149 App. Div. 930, affirmed.

(Argued January 13, 1914; decided January 27, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 13, 1912, affirming a judgment in favor of plaintiff entered upon the report of a referee in an

action to recover money alleged to have been received by defendant as agent for plaintiff.

*George A. Carnahan* for appellant.

*Clarence P. Moser* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.